UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.: 8:16-cv-02887-EAK-MAP

DAVID MOYA an individual,

    Plaintiff,

v.

GLASS MOUNTAIN CAPITAL LLC
a foreign for-profit corporation,

    Defendant.
_____/

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff, DAVID MOYA, hereby gives notice that Defendant, Glass Mountain Capital LLC, has satisfied the Judgment entered by this Court on February 28, 2017, a copy of which is attached hereto.

DATED this 7th day of March, 2017.

    /s/ Maxie Broome, Jr.

    Maxie Broome, Jr., Esq.

    Maxie Broome, Jr., P.A. PO Box 371

    Bartow, FL 33831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2017, I electronically filed the foregoing with he Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to the following: None.

    /s/Maxie Broome, Jr.
    Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MOYA, an individual,

Plaintiff,

v.                                                          Case No: 8:16-cv-2887-T-17MAP

GLASS MOUNTAIN CAPITAL LLC,
a Foreign For-Profit Corporation,

Defendant.

---

## DEFAULT JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is in favor of the DAVID MOYA and against GLASS MOUNTAIN CAPITAL LLC, in the amount of $4,000.00 for which sum let execution issue.

SHERYL L. LOESCH, CLERK

/s/L. Silvia

L. Silvia, Deputy Clerk